# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2021

Bridget M. McCormack,
Chief Justice

162740(51)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TOD KEVIN HOUTHOOFD,
        Defendant-Appellant.
_____/

SC: 162740
COA: 349886
Saginaw CC: 05-025865-FH

On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to the application for leave to appeal is GRANTED. The pro per supplement submitted on March 18, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2021



Clerk